**KELLEY DRYE & WARREN LLP**
Andrew W. Homer (State Bar No. 259852)
7825 Fay Avenue, Suite 200
La Jolla, CA 92037
Telephone: (858) 795-0426
Facsimile: (310) 712-6199
ahomer@kelleydrye.com

**KELLEY DRYE & WARREN LLP**
Michael J. Zinna (Admitted *Pro Hac Vice*)
David G. Lindenbaum (Admitted *Pro Hac Vice*)
Vincent M. Ferraro (Admitted *Pro Hac Vice*)
3 World Trade Center
New York, NY 10007
Telephone: (212) 808-7800
mzinna@kelleydrye.com
dlindenbaum@kelleydrye.com
vferraro@kelleydrye.com

**KELLEY DRYE & WARREN LLP**
Glenn T. Graham (State Bar No. 338995)
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
ggraham@kelleydrye.com

*Attorneys for Plaintiff Keep Truckin, Inc.*

GRANTED
Judge Edward J. Davila
3/16/2022

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEEP TRUCKIN, INC.**.<br><br>　　　*Plaintiff*,<br><br>v.<br><br>**FLEET CONNECT SOLUTIONS LLC**,<br><br>　　　*Defendant*. | **CASE NO. 5:21-CV-09775-EJD**<br><br>**PLAINTIFF'S OPPOSED MOTION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS PURSUANT TO CIVIL L.R. 6-2(a); [PROPOSED] ORDER**<br><br>Judge:　　　Hon. Edward J. Davila |

1

Plaintiff Keep Truckin, Inc. ("Plaintiff"), by and through its counsel of record, hereby moves for a short, 3-day extension of time to respond to Defendant's Motion to Dismiss, extending the current deadline from March 15, 2022 to March 18, 2022.  In support of its Motion, Plaintiff states as follows:

1. On February 22, 2022, Defendant filed a Motion to Dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(3) (Dkt. 17; "Motion").

2. Pursuant to Civil L.R. 7-3(a), Plaintiff's Opposition to the Motion was originally due on March 8, 2022.

3. On March 4, 2022, pursuant to Civil L.R. 6-2(a), Plaintiff filed a joint stipulation seeking to extend the deadline to file its Opposition to the Motion from March 8, 2022 to March 15, 2022.  The Court granted that stipulation (Dkt. 20).

4. Due to unexpected circumstances arising in another of Plaintiff's counsel's cases, Plaintiff is seeking an additional 3-day extension.

5. Plaintiff asked Defendant whether it would agree to the 3-day extension, but Defendant has indicated that it opposes the extension.   *See* Exhibit 1 attached hereto.

6. Extending the foregoing deadline will not impact any other deadlines in this case. The Hearing Date on Defendant's Motion is currently set for September 1, 2022.  *See* Dkt No. 17.

7. No other extensions have been sought or granted in this case.

In light of the above, Plaintiff respectfully requests the Court to grant this motion and extend the deadline for it to file its Opposition to Defendant's Motion from March 15, 2022 to March 18, 2022.

DATED: March 15, 2022

Respectfully submitted,

/s/ *Andrew W. Homer*
Andrew W. Homer (State Bar No. 259852)
**KELLEY DRYE & WARREN LLP**
7825 Fay Avenue, Suite 200
La Jolla, CA 92037
Telephone: (858) 795-0426
Facsimile: (310) 712-6199
ahomer@kelleydrye.com

Michael J. Zinna (admitted *pro hac vice*)
David Lindenbaum (admitted *pro hac vice*)
Vincent M. Ferraro (admitted *pro hac vice*)
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
New York, NY 10007
Telephone: (212) 808-7800
mzinna@kelleydrye.com
dlindenbaum@kelleydrye.com
vferraro@kelleydrye.com

Glenn T. Graham (State Bar No. 338995)
**KELLEY DRYE & WARREN LLP**
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
ggraham@kelleydrye.com

*Attorneys for Plaintiff Keep Truckin, Inc.*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: _____           By: _____
                                       Honorable Edward J. Davila