# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEEP TRUCKIN, INC., <br><br> Plaintiff, <br><br> v. <br><br> FLEET CONNECT SOLUTIONS LLC, <br><br> Defendant. | Case No. 5:21-CV-09775-EJD <br><br> **[PROPOSED] ORDER FOR JURISDICTIONAL DISCOVERY** |

Before the Court is Plaintiff Keep Truckin, Inc.'s letter motion to compel Fleet Connect to produce the following documents related to jurisdictional discovery:

a. The July 8, 2020 letter from Fleet Connect to Samsara Networks, Inc. ("Samsara")

b. The July 30, 2020 letter from Fleet Connect to Samsara

c. The "Mutual Confidentiality Agreement" between Fleet Connect and Samsara

d. All written communications between Fleet Connect and Samsara including, but not limited to, communications concerning the "small number of conversations" and "confidential settlement negotiations" between Fleet Connect and Samsara

e. The "Confidential License and Settlement Agreement" between Fleet Connect and Samsara, dated August 2021

f. The October 28, 2020 letter from Fleet Connect to Lytx, Inc. ("Lytx")

g. The "Mutual Confidentiality and Non-Disclosure Agreement" between Fleet Connect and Lytx entered in November 2021

h. All written communications between Fleet Connect and Lytx including, but not limited to, communications concerning the "Mutual Confidentiality and Non-Disclosure Agreement" entered in November 2021.

Having considered the submissions of the parties, the Court hereby GRANTS Keep Truckin's motion. It is ORDERED as follows:

1. Fleet Connect shall produce the documents listed above within seven (7) days of this Order;

2. Within 3-14 days following Fleet Connect's service of the documents, Keep Truckin may conduct or continue a Rule 30(b)(6) deposition of Fleet Connect, limited to the time remaining of the four (4) hours Ordered on May 18, 2022.

**SO ORDERED**

Dated: _____

                                                Honorable Susan van Keulen
                                                United States Magistrate Judge