1
2
3
4
5
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

7
8
9
10
11

KEEP TRUCKIN, INC.,

               Plaintiff,

     v.

FLEET CONNECT SOLUTIONS LLC,

               Defendant.

Case No.  21-cv-09775-EJD   (SVK)

**ORDER ON JOINT DISCOVERY SUBMISSION**

Re: Dkt. No. 35

12
13
14
15
16
17

      The Court is in receipt of the Parties' submission, which follows this Court's previous discovery order on the scope of jurisdictional discovery.  Dkt. 32, 35.  Having reviewed the papers, the Court determines this matter is suitable for resolution without oral argument.  Civ. Local Rule 7-1(b).  In consideration of this Court's previous order and Defendant's initial responses to the jurisdictional interrogatories, the Court **ORDERS** the Defendant to supplement its responses with the following information and, where indicated, produce documents as follows:

18
19
20

    1.  The dates of and participants in the communications that led to the execution of the Mutual Confidentiality Agreement with Samsara.  Defendant may produce documents reflecting this information in lieu of a supplemental response.

21
22
23
24

    2.  The dates of and participants in the "small number of conversations" that led to the execution of the Confidential License and Settlement Agreement with Samsara. Defendant may produce documents reflecting this information in lieu of a supplemental response.

25
26
27
28

    3.  Defendant is to produce the signature pages of the Mutual Confidentiality Agreement and the License and Settlement Agreement with Samsara sufficient to identify the date(s) the documents were signed, the signors and, if indicated, where the documents were signed.

United States District Court
Northern District of California

4.  The dates of and participants in the communications that led to the execution of the Mutual Confidentiality Agreement with Lytx.  Defendant may produce documents reflecting this information in lieu of a supplemental response.

5.  The dates of and participants in communications with Lytx pursuant to the Mutual Confidentiality Agreement, up to present day. Defendant may produce documents reflecting this information in lieu of a supplemental response.

6.  Defendant is to produce the signature pages of the Mutual Confidentiality Agreement with Lytx sufficient to identify the date(s) the document was signed, the signors and, if indicated, where the document was signed.

Defendant's verified responses and/or production of documents are due no later than **July 15, 2022**.  The deadline for the deposition previously ordered is extended to **July 29, 2022**.  Finally, the Parties are reminded of this Court's requirement that the parties provide a chart setting forth the disputed discovery, responses, the parties' compromise positions and providing a place for the Court's ruling.  See *Civil Scheduling and Discovery Standing Order*.

**SO ORDERED.**

Dated: July 5, 2022

SUSAN VAN KEULEN
United States Magistrate Judge