| | |
|---|---|
| 1 | HRAG A. ALEXANIAN (SBN 333430) |
| 2 | hrag.alexanian@zimmreed.com<br>**ZIMMERMAN REED LLP** |
| 3 | 6420 Wilshire Blvd., Suite 1080<br>Los Angeles, California 90048 |
| 4 | Telephone: (877) 500-8780<br>Facsimile: (877) 500-8781 |

*Attorney for Defendant*
(additional attorneys listed on signature page)

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEEP TRUCKIN, INC.,<br><br>          Plaintiff,<br><br>v.<br><br>FLEET CONNECT SOLUTIONS LLC,<br><br>          Defendant. | CASE NO.: 5:21-cv-09775-EJD<br><br>*Assigned to the Honorable Edward J. Davila*<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**<br><br>Courtroom:     4, 5th Floor |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Arielle M. Canepa is no longer affiliated with Zimmerman Reed LLP and is hereby withdrawn as counsel for Defendant *Fleet Connect Solutions LLC* in the above-captioned action.

Hrag A. Alexanian of the law firm Zimmerman Reed LLP is hereby substituted as attorney of record for Defendant *Fleet Connect Solutions LLC*, along with previously identified counsel from Rozier Hardt McDonough PLLC.

Respectfully submitted,

Dated: December 1, 2022

*/s/ Hrag A. Alexanian*
HRAG A. ALEXANIAN (SBN 333430)
**ZIMMERMAN REED LLP**
6420 Wilshire Blvd., Suite 1080
Los Angeles, California 90048
Telephone: (877) 500-8780
Facsimile: (877) 500-8781
hrag.alexanian@zimmreed.com

Jonathan L. Hardt (*pro hac vice*)
**ROZIER HARDT MCDONOUGH PLLC**
712 W. 14th Street, Suite C
Austin, Texas 78701
Telephone: (210) 289-7541
hardt@rhmtrial.com

James F. McDonough, III (*pro hac vice*)
**ROZIER HARDT MCDONOUGH PLLC**
3621 Vinings Slope, Suite 4300
Atlanta, GA 30339
Telephone: (470) 480-9505
jim@rhmtrial.com

C. Matthew Rozier (*pro hac vice*)
**ROZIER HARDT MCDONOUGH PLLC**
2590 Walnut Street, Suite 10
Denver, CO 80205
matt@rhmtrial.com

**Attorneys for Defendant**