UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEEP TRUCKIN, INC., <br><br>  Plaintiff, <br><br> v. <br><br> FLEET CONNECT SOLUTIONS LLC, <br><br>  Defendant. | Case No. 5:21-cv-09775-EJD <br><br> **ORDER TO SHOW CAUSE AS TO CONSOLIDATION** |
| AZUGA, INC., <br><br>  Plaintiff, <br><br> v. <br><br> FLEET CONNECT SOLUTIONS LLC, <br><br>  Defendant. | Case No. 5:22-cv-04790-EJD |
| AZUGA, INC., <br><br>  Plaintiff, <br><br> v. <br><br> FLEET CONNECT SOLUTIONS LLC, <br><br>  Defendant. | Case No. 5:22-cv-04791-EJD |
| MOTIVE TECHNOLOGIES, INC., <br><br>  Plaintiff, <br><br> v. <br><br> FLEET CONNECT SOLUTIONS LLC, <br><br>  Defendant. | Case No. 5:22-cv-06083-EJD |

| | |
|---|---|
| FLEET CONNECT SOLUTIONS LLC,<br>        Plaintiff,<br>    v.<br>MOTIVE TECHNOLOGIES, INC.,<br>        Defendant. | Case No.  5:23-cv-00757-EJD |

On April 14, 2023, the Court found the above-captioned cases to be related to the lowest-numbered case and ordered these cases be related.

The parties in the aforementioned cases are ORDERED TO SHOW CAUSE as to why these cases should not be consolidated for all purposes. Written responses shall be filed no later than April 21, 2023, and each party need only submit one response.

**IT IS SO ORDERED.**

Dated: April 17, 2023

                                                      EDWARD J. DAVILA<br>
                                                      United States District Judge